UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON EUGENE HUNTER,

    Plaintiff,

v.

BRENNEMAN, et al.,

    Defendants.

No. 2:22-cv-1141 CKD P

ORDER

    Plaintiff is a state prisoner proceeding pro se with a civil action. On July 26, 2022, the court screened plaintiff's complaint as the court is required to do under 28 U.S.C. § 1915A(a). The court found that plaintiff could proceed on a claim arising under the Fourteenth Amendment for excessive force against defendant Brenneman, but all other claims are not actionable. The court gave plaintiff two options: 1) proceed on his Fourteenth Amendment claim against defendant Brenneman immediately; or 2) attempt to cure the deficiencies with respect to his other claims in an amended complaint. On August 5, 2022, plaintiff informed the court that he wishes to file an amended complaint.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's complaint is dismissed.

    2. Plaintiff is granted thirty days to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of

Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint;" failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated: August 10, 2022

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hunt1141.14