UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>BRENNEMAN, et al.,<br><br>Defendants. | No. 2:22-cv-1141 KJM CKD P<br><br><br><br>ORDER |

Pursuant to the terms of the December 15, 2022 order of the district court judge assigned to this case, IT IS HEREBY ORDERED that:

1. Plaintiff is granted 30 days within which to file a second amended complaint. Plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's second amended complaint complete. Local Rule 220 requires that any amended complaint be complete in itself without reference to any prior pleading.

/////

/////

/////

/////

/////

/////

1

2. If plaintiff does not file a second amended complaint, this action will proceed on a claim arising under the Fourteenth Amendment against defendants Long, Moore, Gonsalvo, Pashetov and Brenneman for excessive use of force in plaintiff's first amended complaint.

Dated:  December 20, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hunt1141.lta