**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Matthew R. Mendoza, SBN 344482
mmendoza@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
BRENNEMAN, MOORE, LONG, GONZALVO (Erroneously sued as Gonsalvo), and PASHETOV
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER, | CASE NO. 2:22-cv-01141-DJC-CKD (PC) |
| Plaintiff, | **ORDER ON DEFENDANTS' EX PARTE APPLICATION FOR ORDER GRANTING EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| BRENNEMAN, et al., | Date: |
| Defendants. | Time: |
| _____ / | Courtroom: |

Defendants filed an ex parte application for an order granting an extension of time to file a motion for summary judgment. **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**:

The request for extension of time to file a motion for summary judgment is GRANTED. Any motion for summary judgment brought by defendants must be filed no later than December 8, 2023.

**IT IS SO ORDERED**.

Dated: November 20, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE