UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>BRENNEMAN, et al.,<br><br>Defendants. | No. 2:22-cv-1141 DJC CKD P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a response to defendants' motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 43) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a response to the motion for summary judgment dated December 8, 2023. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: December 28, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
hunt1141.36(2)