UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER, | No. 2:22-cv-1141 DJC CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| BRENNEMAN, et al., | |
| Defendants. | |

    Plaintiff has filed a motion asking that the court compel defendants to respond to requests for discovery.  However, plaintiff does not identify which responses are inadequate. Instead, he complains about the defendants' responses in general terms.  Because plaintiff has not shown that any particular response by defendants to any particular request for discovery is inadequate, plaintiff's motion to compel will be denied.

    While not entirely clear, it also appears plaintiff asserts that certain responses were not timely.  Plaintiff appears to be under the misimpression that defendants had 30 days to respond to his requests for discovery.  However, in the court's April 21, 2023 order, the parties were advised that any response to any request for discovery is due 45 days after the request is served.

/////

/////

/////

1  For all the foregoing reasons, IT IS HEREBY ORDERED that plaintiff's motion to
2  compel (ECF No. 37) is denied.
3  Dated: January 10, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hunt1141.mtc