UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER, | No. 2:22-cv-1141 DJC CKD P |
| Plaintiff, | |
| v. | ORDER |
| BRENNEMAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 29, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 28, 2024, are adopted in full;

2. Defendants' motion for summary judgment (ECF No. 41) is granted in part and denied in part as follows:

    A. Denied with respect to plaintiff's remaining excessive force claim against defendant Brenneman arising from Brenneman's punches to plaintiff's face.

    B. Granted in all other respects.

3. This matter is referred back to the Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **September 29, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

hunt1141.801

2