# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRENNEMAN, et al.,<br><br>　　　　Defendants.<br>_____/ | No. 2:22-cv-1141 DC CKD P<br><br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

Brandon Eugene Hunter, XREF # 2359710, a necessary and material witness in a settlement conference in this case on February 13, 2025, is confined in the Sacramento County Main Jail, in the custody of the Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire at the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Thursday, February 13, 2025 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Sheriff, Sacramento County Main Jail, 651 I Street, Sacramento, California 95814:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  January 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE