**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Matthew R. Mendoza, SBN 344482
mmendoza@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
BRENNEMAN, MOORE, LONG, GONSALVO, and PASHETOV
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER, | CASE NO. 2:22−CV−01141−DC−CKD |
| Plaintiff, | **MOTION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| v. | |
| BRENNEMAN, et al., | |
| Defendants. | FAC Filed: 09/06/2022 |

Defendants BRENNEMAN, MOORE, LONG, GONSALVO, and PASHETOV, hereby submit this Motion to Extend Time to File Dispositional Documents. Pursuant to the trial settlement conference record the parties are allowed to request an extension of time to file dispositional documents. ECF No. 59. Defendant hereby submits this motion to extend time to file a stipulation for thirty (30) days.

Plaintiff was provided with the settlement agreement and dismissal. (Decl. of Matthew R. Mendoza). He has not yet signed the settlement agreement and dismissal as agreed during the trial settlement conference on February 13, 2025. Plaintiff sent a letter dated March 3, 2025, disputing the terms agreed to on the record during the settlement conference. Counsel sent a letter to Defendants and a copy of the settlement conference transcript to Plaintiff on March 11, 2025, requesting Plaintiff honor his agreement to settle this matter. Defendants have not yet heard from Plaintiff. Defendants, therefore, request an additional thirty (30) days to settle this matter prior to filing a motion to enforce the agreement.

1 | Good cause exists to extend the time to file the stipulation in order to reach a mutual resolution prior to
2 | filing a motion to enforce the settlement agreement.

5 | Dated:  March 18, 2025

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ Matthew R. Mendoza
    John R. Whitefleet
    Matthew R. Mendoza
    Attorneys for Defendants

**ORDER**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On February 13, 2025, the Court ordered parties to file the dispositional documents within 30 days of February 13, 2025, or for parties to request an extension as stated on the record. ECF No. 59.

**GOOD CAUSE APPEARING THEREFORE**, It is hereby ordered that the deadline to file the dispositional documents is extended to April 14, 2025.

**IT IS SO ORDERED.**

Dated:  March 18, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE