UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER, | No. 2:22-cv-1141 DJC CKD P |
| Plaintiff, | |
| v. | ORDER |
| BRENNEMAN, et al., | |
| Defendants. | |

At a settlement conference held February 13, 2025, a settlement agreement was reached. The parties have requested an extension of time within which to file a stipulation of dismissal. Good cause appearing, that request will be granted.

Plaintiff has filed several documents complaining about a delay in receipt of the settlement funds. Among other things, plaintiff asserts this delay should result in the court ordering a higher payment. The amount payable to plaintiff is dictated by the terms of his settlement agreement, and delay does not entitle him to a greater sum than that to which he agreed. Plaintiff asserts the court should award him post-judgment interest in accord with 28 U.S.C. § 1961, but that statue applies when the court awards money damages for a successful claim, not as a mandatory term of settlement.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's "Written Motion to Enforce Payment of the Settlement Agreement" (ECF No. 64) is DENIED.
2. Plaintiff's "Motion for Mandatory Post-Judgment Interest" (ECF No. 66) is DENIED.
3. Defendants' motion for an extension of time to file a stipulation of dismissal (ECF No. 67) is GRANTED.  The stipulation of dismissal shall be filed no later than June 1, 2025.

Dated:  April 23, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hunt1141.mtc